AO 93   (Rev. 8/98) Search Warrant

# UNITED STATES DISTRICT COURT

__SOUTHERN__   District of   __CALIFORNIA__

FILED
2008 AUG 22 PM 12:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT
BY _____ DEPUTY

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Premises Known as:
Verizon Wireless Samsung Cellular Telephone
Model # SCH-U620
Serial Number 02411527141

**SEARCH WARRANT**

Case Number: **08 MJ 2501**

TO:  __Any FBI Special Agent__   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   __FBI Special Agent Murry T. Streetman__   who has reason to believe
Affiant

that   ☐ on the person of, or   X   on the premises known as (name, description and/or location)

Verison Wireless Samsung Cellular Telephone
Model # SCH-U620
Serial Number 02411527141

in the  __SOUTHERN__   District of  __CALIFORNIA__   there is now concealed a certain person or property, namely (describe the person or property)

Those items set forth in Attachment B
which are the fruits, evidence and instrumentalities concerning a violation of Title 8 United States Code, Section(s) 1324(a)(1)(A)(iii)(Harboring Aliens); 1324(a)(1)(A)(ii)(Transportation of Aliens; and Conspiracy to Harbor and Transport Aliens in violation of Title 8, U.S.C. Section(s) 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii) and 1324(a)(1)(A)(ii).

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   __8/22/08__
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search   X   in the daytime — 6:00 AM to 10:00 P.M.   ☐ at anytime in the day or night as I find reasonable cause has been established   and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

__ANTHONY J. BATTAGLIA__   as required by law.
U.S. Judge or Magistrate

AUG 12 2008   4:30 pm   at
Date and Time Issued

ANTHONY J. BATTAGLIA
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

San Diego, California
City and State

_[signature]_
Signature of Judicial Officer

AO 93    (Rev. 8/98)  Search Warrant (Reverse)

| RETURN | Case Number: |
|---|---|

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 08/12/2008 | 08/13/2008  12:00 pm | |

INVENTORY MADE IN THE PRESENCE OF
United States Border Patrol Senior Patrol Agent Luis Rivera, FBI Special Agent Murry T. Stretman

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Verizon Wireless Samsung Cellular Telephone
Model # SCH-U620
Serial Number 02411527141

Several names/monikers with associated telephone number retrieved from the cellular telephone directory.

Last numbers dialed, incoming calls and missed calls from July 29, 2008 - July 31, 2008

One text message on an unknown date was also recovered

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_                                                        8/22/08
U.S. Judge or Magistrate                                                Date